**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MICHAEL SILVA, *et al.*,

     Plaintiffs,

v.                                                    Civ. No. 24-874 GBW/GJF

WEST TEXAS FRAC SAND
LOGISTICS LLC, *et al.*,

     Defendants.

### **FINAL ORDER**

Pursuant to the Court's Order Granting Plaintiffs' Motion to Remand (*doc. 39*) entered concurrently herewith, the Court enters this Final Order, under Fed. R. Civ. P. 58, REMANDING Plaintiffs' Second Amended Original Complaint to Recover Damages for Personal Injuries to the First Judicial District Court, County of Santa Fe, New Mexico, Cause Number D-101-CV-2021-01922.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**